UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3128 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| MICHAEL ROE, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 18th day of June, 2008, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On April 2, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841(a)(1), 841(b)(1), Title 18, United States Code, Sections, 924(c), 924(d) and Title 28, United States Code, Section 2461(c) based upon the Defendant's plea of guilty to Counts I, II and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Lorcin 25 auto handgun, model LT-25, serial number LT357248, was forfeited to the United States.

2. On April 24, May 1 and 8, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property. An Affidavit of Publication was filed herein on June 6, 2008 (Filing No.31).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the Lorcin 25 auto handgun, model LT-25, serial number LT357248, held by any person or entity, is hereby forever barred and foreclosed.

C. The Lorcin 25 auto handgun, model LT-25, serial number LT357248, be, and the same hereby is, forfeited to the United States of America .

D. The United States Marshals Service for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 18th day of June, 2008.

BY THE COURT:

s/ *RICHARD G. KOPF*, JUDGE
United States District Court